

# Missouri Court of Appeals
## Southern District

**FEBRUARY 22, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD34012

        Re:     MARK LEON PEARCE,
                Movant-Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent-Respondent.